IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CR-125-MOC-DCK

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| ALAN F. LUBOFF, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) filed by Jonathan C. Strange, concerning Russell J. Williams on May 15, 2017. Mr. Russell J. Williams seeks to appear as counsel *pro hac vice* for Defendant Alan Luboff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) is **GRANTED.** Mr. Russell J. Williams is hereby admitted *pro hac vice* to represent Defendant Alan Luboff.

**SO ORDERED**.

Signed: May 16, 2017

David C. Keesler
United States Magistrate Judge