**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:17-CR-125-MOC-DCK**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        **Plaintiff** )<br>         )<br>        **v.** )<br>         )<br>ALAN F. LUBOFF, )<br>        **Defendant.** )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Defendant's *pro se* "Motion For Return Of Bond" (Document No. 52) filed December 7, 2018. Defendant seeks the return of a $5,000 cash bond. The undersigned notes that, according to the docket, Defendant is represented by retained counsel, Jonathan C. Strange, and by pro bono counsel, Russell J. Williams. It is the practice of the Court that when a Defendant is represented by counsel, all motions should be filed through counsel of record.

**IT IS THEREFORE ORDERED** that the *pro se* "Motion For Return Of Bond" (Document No. 52) is hereby **DENIED WITHOUT PREJUDICE**. Defendant may re-file his motion, if desired, through his counsel, Jonathan C. Strange or Russell J. Williams.

Signed: December 14, 2018

David C. Keesler
United States Magistrate Judge